ORIGINAL

Approved: _____
STEPHANIE LAKE
Assistant United States Attorney

Before:   THE HONORABLE JAMES L. COTT
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - -

16 MAG 4207

UNITED STATES OF AMERICA             :    SEALED COMPLAINT
                                     :
     - v. -                          :    Violations of 8 U.S.C.
                                     :    §§ 1326(a) & (b)(2)
CARMAN GOMEZ,                        :
     a/k/a "Maria Ollmeda," a/k/a    :
     "Maria Ollmeida," a/k/a         :    COUNTY OF OFFENSE:
     "Elsa Rivera," a/k/a "Alicia    :    BRONX
     Guerrara," a/k/a "Carmen        :
     Guerrara,"                      :
                                     :
               Defendant.            :
                                     :
- - - - - - - - - - - - - - - - - - X



SOUTHERN DISTRICT OF NEW YORK, ss.:

   BRIAN FIGUEIREDO, being duly sworn, deposes and says that he is a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, and charges as follows:

                              COUNT ONE

   1.   From at least in or about April 2016, in the Southern District of New York and elsewhere, CARMAN GOMEZ, a/k/a "Maria Ollmeda," a/k/a "Maria Ollmeida," a/k/a "Elsa Rivera," a/k/a "Alicia Guerrara," a/k/a "Carmen Guerrara," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States or her successor, the Secretary for the Department of Homeland Security, to reapply for admission.

   (Title 8, United States Code, Sections 1326(a) & (b)(2).)

                                  1

The bases for my knowledge and the foregoing charge are, in part, as follows:

2. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), assigned to the United States Marshals Service New York/New Jersey Regional Fugitive Task Force, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and others and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. From my review of the records maintained by ICE regarding CARMAN GOMEZ, a/k/a "Maria Ollmeda," a/k/a "Maria Ollmeida," a/k/a "Elsa Rivera," a/k/a "Alicia Guerrara," a/k/a "Carmen Guerrara," the defendant, I have learned, among other things, the following:

   a. GOMEZ is a native and citizen of El Salvador. GOMEZ is not and has never been a citizen of the United States.

   b. On or about May 24, 1989, GOMEZ was convicted in New York State Supreme Court, Queens County, for an aggravated felony. Specifically, she was convicted of: Criminal Possession of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.16, Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.39, and Criminal Sale of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law 220.31. GOMEZ was sentenced to an indeterminate sentence of 1-3 years' imprisonment for the above offenses, to run concurrently.

   c. On or about August 4, 1992, GOMEZ was removed from the United States pursuant to an Immigration Judge's order, which was entered on or about January 22, 1991.

   d. On or about June 11, 2007, GOMEZ was again removed from the United States subsequent to a reinstatement notice.

2

a/k/a "Alicia Guerrara," a/k/a "Carmen Guerrara," the defendant, never obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission to the United States.

WHEREFORE the deponent prays that an arrest warrant be issued for the arrest of CARMAN GOMEZ, a/k/a "Maria Ollmeda," a/k/a "Maria Ollmeida," a/k/a "Elsa Rivera," a/k/a "Alicia Guerrara," a/k/a "Carmen Guerrara," the defendant, and that she be arrested and imprisoned or bailed, as the case may be.

_____
BRIAN FIGUEIREDO
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me this
30th day of June 2016

_____
THE HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4